UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CRIMINAL ACTION NO. C-06-563 |
| | § | |
| CITGO PETROLEUM CORPORATION,<br>CITGO REFINING AND CHEMICALS<br>COMPANY, L.P.,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER

Pending before the Court is the Government's Motion for Clarification of the Court's September 14, 2012, Memorandum & Order (Dkt. No. 833), whereby the Government asks the Court to clarify that "victim status" under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771, is not limited to those persons who were exposed to the two emissions events on November 7, 1996, and January 15, 1997, but instead includes all persons who lived near the CITGO refinery during the time frame in the Indictment and who experienced similar symptoms as a result of the emissions from Tanks 116 and 117.

The Government's motion (Dkt. No. 833) is **GRANTED**. It is hereby declared that, in addition to the 15 Community Members identified in the Court's September 14, 2012, Memorandum & Order (Dkt. No. 819), all persons who lived near the CITGO East Refinery between January 1994 and May 2003 who can establish that they experienced adverse health effects as a direct and proximate result of emissions from Tanks 116 and 117 shall be granted victim status under the CVRA.

It is so **ORDERED**.

SIGNED this 17th day of October, 2012.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE